# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MANUEL L SALVAREZZA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> KELLEY VENTURES LLC D/B/A KELLEY COLLISION CENTER, et al. <br><br> Defendants. | 15-cv-23887-King/Torres |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
KELLEY VENTURES LLC d/b/a KELLEY COLLISION CENTER
Registered Agent: Kevin P Kelley
550 N.E. 1 Avenue
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __October 19, 2015__



**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MANUEL L SALVAREZZA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> KELLEY VENTURES LLC D/B/A KELLEY COLLISION CENTER, et al. <br><br> Defendants. | **15-cv-23887-King/Torres** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
PHOENIX MOTORS, INC.
Registered Agent: Kevin P Kelley
827 South State Road 7
North Lauderdale, FL 33068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 19, 2015** _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MANUEL L SALVAREZZA and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>KELLEY VENTURES LLC D/B/A<br>KELLEY COLLISION CENTER, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **15-cv-23887-King/Torres** |

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
KEVIN P KELLEY
550 N.E. 1 Avenue
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 19, 2015**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Valerie Kemp
Deputy Clerk
U.S. District Courts