UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-23887-UU

MANUEL L. SALVAREZZA,

    Plaintiffs,

v.

KELLEY VENTURES LLC, *et al.*,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to the Court's Order Setting Initial Planning and Scheduling Conference, D.E. 9, the parties' Joint Planning and Scheduling Report was due on December 4, 2015. No such report or request for an extension of time has been filed. Accordingly it is

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause, by **Thursday, December 10, 2015**, for why he has not filed a Joint Planning and Scheduling Report. Alternatively, he may file the parties' Report by that date. **Failure to abide by this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _7th__ day of December, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record