UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-cv-23887-UU

MANUEL L SALVAREZZA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

KELLEY VENTURES LLC d/b/a KELLEY
COLLISION CENTER, PHOENIX
MOTORS, INC. and KEVIN P. KELLEY,

    Defendants.
_____/

## JOINT INTERIM STATUS REPORT

Plaintiff and Defendants, jointly and pursuant to the Court's Scheduling Order for Pretrial Conference and Trial [DE. 20], hereby file this Interim Status Report:

### Report

**I.    Status of the Pleadings**

All Defendants have been served with the Complaint. On July 30, 2015, Defendants filed their Answer and Affirmative Defenses [DE.15] to Plaintiff's First Amended Complaint. The pleadings are closed.

**II.    Class Action Status**

Plaintiff has not moved for conditional certification of this case as a collective action and does not plan to do so.

**III.    Status of Discovery**

Discovery is not closed. The Court has established a discovery deadline of May 31, 2016, and the parties expect to complete all discovery by then.

**IV.    Pending Motions**

Defendant's Motion for Rule 11 Sanctions is currently pending before the Court.

**V.      Notice of Mediator Selection**

On January 8, 2016, Plaintiff filed a "Notice of Mediator Selection" [DE.21] indicating that the parties had agreed on Marlene Quintana, Esquire to serve as mediator in this case.

**VI.     Scheduling of Mediation**

Mediation is scheduled for May 17, 2016.

**VII.    Informal Settlement Negotiations**

The parties have engaged in limited settlement discussions. The parties will notify the Court promptly if the case is settled.

**VIII.   Consent to U.S. Magistrate Judge**

The parties have not agreed to a trial before a U.S. Magistrate Judge.  The parties will confer again regarding this issue and inform the Court promptly if an agreement is reached.

Dated:  March 15, 2016

| | |
|---|---|
| By: *s/Joshua H. Sheskin*<br>J.H. Zidell<br>Florida Bar No. 0010121<br>zabogado@aol.com<br>Allyson Kutner Morgado<br>Florida Bar No. 91506<br>amorgado.jhzidell@gmail.com<br>Stephen Michael Fox, Jr.<br>Florida Bar No. 0110359<br>Stephen.fox.esq@gmail.com<br>Rivka F. Jaff<br>Florida Bar No. 107511<br>Rivka.Jaff@gmailcom<br>Joshua H. Sheskin<br>Florida Bar No. 93028<br>Jsheskin.jhzidellpa@gmail.com<br>J.H. ZIDELL, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone (305) 865-6766<br>Facsimile (305) 865-7167<br><br>*Attorneys for Plaintiff* | By: *s/Cathy M. Stutin*<br>Cathy M. Stutin<br>Florida Bar No. 865011<br>cstutin@laborlawyers.com<br>Lisa A. McGlynn<br>Fla. Bar No. 56327<br>lmcglynn@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Fort Lauderdale, FL 33301<br>Telephone (954) 525-4800<br>Facsimile (954) 525-8739<br><br>*Attorneys For Defendants* |