UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-23887-UU

MANUEL L. SALVAREZZA,

    Plaintiff,

v.

KELLEY VENTURES, LLC, *et al.*,

    Defendants.

_____/

**NOTICE OF COURT PRACTICE WITH RESPECT TO REPLY MEMORANDUM**

THIS CAUSE is before the Court *sua sponte*.

THE PARTIES are hereby notified that, pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1(c), a party filing a reply in support of a motion filed via CM/ECF shall serve the reply no later than seven (7) days, plus three (3) mailing days, after service of the response. On March 2, 2016, Plaintiff filed his Response in Opposition to Defendants' Motion for Sanctions. D.E. 25. Defendants were therefore required to file a reply in further support of their Motion no later than Monday. March 14, 2016.

ORDERED AND ADJUDGED that Defendants have waived their right to file a reply in further support of Defendants' Motion for Sanctions, D.E. 24. Defendant's Motion is ripe for disposition.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of March, 2016.

                                                              */s/ Ursula Ungaro*
                                                             _____
                                                             URSULA UNGARO
                                                             UNITED STATES DISTRICT JUDGE

copies provided: counsel of record