UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-23887-CIV-UNGARO/Otazo-Reyes

| | |
|---|---|
| MANUEL L SALVAREZZA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| KELLEY VENTURES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF SETTLEMENT**

The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 6, 2016.

                          J.H. Zidell, P.A.
                          300 71st Street, Suite 605
                          Miami Beach, Florida 33141
                          Tel: (305) 865-6766
                          Fax: (305) 865-7167
                          *Attorneys for Plaintiff*

                          By: /s/ Joshua Sheskin
                          Joshua H. Sheskin, Esq.
                          Jsheskin.jhzidellpa@gmail.com
                          Florida Bar Number: 93028