**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:15-cv-23887-UU

MANUEL L. SALVAREZZA,

    Plaintiff,

v.

KELLEY VENTURES, LLC, *et al.*,

    Defendants.
_____/

### AMENDED NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon being advised by the parties that a settlement has been reached in this case, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

THE PARTIES are hereby notified that a motion to approve the settlement reached between the parties, along with all papers related to that settlement and a proposed order of dismissal, must be filed by **Friday**, **May 2, 2016**. The motion must (1) confirm that the attached agreement includes every term and condition of the parties' settlement; (2) explain the factors considered in reaching the settlement and justifying the compromise of Plaintiff's claims; and (3) represent that Plaintiff's attorney's fee was agreed upon separately and without regard to the amount paid to Plaintiff, or disclose the extent to which the amount paid to Plaintiff has or will be compromised by the deduction of attorneys' fees, costs or expenses pursuant to a contract between the plaintiff and his or her counsel. An order will be entered separately closing this case for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of April, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record