UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-23887-UU

MANUEL L SALVAREZZA and all others   )
similarly situated under 29 U.S.C. 216(b);   )
   )
           Plaintiff,   )
     vs.   )
   )
KELLEY VENTURES LLC D/B/A KELLEY )
COLLISION CENTER, PHOENIX   )
MOTORS, INC., and KEVIN P KELLEY;   )
   )
       Defendants.   )
_____ )

## JOINT MOTION FOR EXTENSION OF TIME TO FILE FINAL SETTLEMENT AGREEMENT AND MOTION TO APPROVE SAME

Plaintiff and Defendants (the "Parties"), by and through their Undersigned Counsel, moves that This Honorable Court grant an extension of the deadline in D.E. 34, until Friday, May 6, 2016, and in support of which states as follows;

1. This Court issued an Order on April 21, 2016, ordering the parties to have the final settlement agreement and motion for approval of same, filed by Friday, May 2, 2016.

2. However, the order says Friday, May 2, 2016. Plaintiff's Counsel mistook the date because May 2nd is a Monday, and thought the Motion and Agreement were due Friday of the same week.

3. The Parties have worked diligently since D.E. 34 to come to final settlement disbursement amounts, language, wording and have the parties sign an agreement. Yes the parties have no accomplished the final steps.

4. The Parties request an extension of the May 2, 2016 deadline, until Friday, May 6, 2016, to accomplish same, and have all signatures required.

      Wherefore, The Parties file this joint motion, and move that The Court extend the deadline in D.E. 34 to May 6, 2016.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

*s/Cathy M. Stutin*
Cathy M. Stutin, Esquire
Fla. Bar No. 865011
cstutin@laborlawyers.com
Lisa A. McGlynn
Fla. Bar No. 56327
lmcglynn@laborlawyers.com
Fisher & Phillips LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739
*Attorneys for Defendants*